**No. 09-9710. Adrick E. Ruckes, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2132, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3144.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 586 F.3d 713.

**No. 09-9713. Maurice Dorvilus, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2132, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3205.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 357 Fed. Appx. 239.

**No. 09-9716. Juan Antonio Lubo, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2132, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3273.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9717. Juan Lahera, Petitioner v. The Walt Disney Company, et al.**

559 U.S. 1084, 130 S. Ct. 2133, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3154, ■

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9718. Jose Ulises Ayala-Ramos, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2133, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3242.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 585.

**No. 09-9719. Santos Ortiz-Arriaga, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2133, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3179.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 355 Fed. Appx. 849.

**No. 09-9722. Octavio Rojas-Rodriguez, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2133, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3161.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9727. Sergio Covarrubias-Garcia, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2133, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3206.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 507.